IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RITA JO NITZ,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | Civil No. **97-384-WDS** |
| | ) | |
| **GWENDOLYN V. THORNTON,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

The above-captioned case is before the Court for docket control.

A review of the record reveals that respondent's motion for an extension of time to file an answer or otherwise plead **(Doc. 48)** is **MOOT**, in that a responsive pleading **(Doc. 49)** has been filed.

Respondent Gwendolyn Thornton's motion to "substitute" Assistant Attorney General Erica Seyburn for counsel of record, Assistant Attorney General Anderson Gansner **(Doc. 51)** is **DENIED AS MOOT**, in that Assistant Attorney General Seyburn has entered her appearance in this case. Insofar as the subject motion indicates that Anderson Gansner has left the service of the Attorney General's Office, the Clerk of Court shall have the record reflect that attorney Gansner is terminated as an attorney of record for respondent.

Petitioner's motion to substitute Mary Sigler, warden at Dwight Correctional Center where petitioner is in custody for named respondent Gwendolyn Thornton, who is no longer warden at Dwight Correctional Center **(Doc. 52)** is **GRANTED**. In accordance with Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts;

1

*Bridges v. Chambers*, 425 F.3d 1048, 1049-50 (7th Cir. 2005), and Fed. R. Civ. P. 25(d)(1), Mary Sigler is hereby substituted as the respondent in this action and Gwendolyn Thornton is terminated as a respondent.

**IT IS SO ORDERED.**

**DATED: January 15, 2008**

          **s/ Clifford J. Proud**
          **CLIFFORD J. PROUD**
          **U. S. MAGISTRATE JUDGE**